179 So. 926

**James GREEN v. STATE.**

6 Div. 302.

Court of Appeals of Alabama.

March 22, 1938.

BRICKEN, Presiding Judge.

Appeal dismissed on motion of appellant.

177 So. 920

**Mary GREEN v. STATE.**

8 Div. 501.

Court of Appeals of Alabama.

Nov. 23, 1937.

Fred S. Parnell, of Florence, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.

189 So. 920

**Sam GREEN v. STATE.**

6 Div. 423.

Court of Appeals of Alabama.

May 2, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed.

178 So. 924

**Roy GRIFFITH v. CITY OF MOBILE.**

1 Div. 300.

Court of Appeals of Alabama.

Feb. 1, 1938.

BRICKEN, Presiding Judge.

Appeal dismissed on motion of appellant.

183 So. 924

**Eddie GRIMES v. Bill FULMER and Earline Fulmer.**

8 Div. 662.

Court of Appeals of Alabama.

Oct. 4, 1938.

Fred S. Parnell, of Florence, for appellant.

Murphy & Pounders, of Florence, for appellees.

RICE, Judge.

These cases—or this case—there being suits filed against appellant by each appellee named—but which were tried jointly, as one case—grew out of the same occurrence giving rise to the suit of Arnold Fulmer against Eddie Grimes, the decision on appeal in which is found reported in 235 Ala. 645, 180 So. page 321.

What was said by our Supreme Court—to which the appeal was transferred under Code 1923 Sec. 7326—in the Grimes v. Fulmer case, supra, will serve and suffice for a disposition of the appeal(s) here.

Upon that authority the judgment(s) here appealed from will stand affirmed.

Affirmed.